AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | | |
|---|---|---|
| Bryantavious Murray, <br> *Plaintiff* <br> v. <br><br> Geoffrey Rice, Rank Lt.; Jeremey McCary, Rank Sgt.; Ronald Cook, Rank Lt.; James Thompkins, Rank Lt., each being sued in their individual capacity, <br> *Defendants* | ) <br> ) <br> ) <br> ) <br> ) | Civil Action No. 1:17-cv-00220-RBH |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☒ The plaintiff, Bryantavious Murray, shall take nothing of the defendants, Geoffrey Rice; Jeremey McCary; Ronald Cook; James Tompkins, and this action is dismissed with prejudice as to the Plaintiff's federal claims and without prejudice as to Plaintiff's state claims.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

☒ decided by the Honorable R. Bryan Harwell, United States District Judge, presiding, adopting the Report and Recommendation set forth by the Honorable Shiva V. Hodges, United States Magistrate Judge, which recommended granting Plaintiff's motion to voluntarily dismiss action.

Date: July 12, 2017                                    *ROBIN L. BLUME, CLERK OF COURT*

                                                        s/M. Walker
                                                        _____
                                                        *Signature of Clerk or Deputy Clerk*